Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5761 | **DATE** | 10/11/2012 |
| **CASE TITLE** | United States of America ex rel. Shaun Jabob and Benjamin Kohnen vs. Automated Health Care Solutions, LLC | | |

**DOCKET ENTRY TEXT**

The court agrees with the position of the government that the interest in open judicial proceedings outweighs any interest the qui tam relators may have in remaining anonymous. Accordingly, the relators' motion to voluntarily dismiss the complaint is granted, but their motion to maintain the seal on this case is denied. The dismissal is without prejudice to the United States. The seal on this case shall be lifted. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|